**FIRST DIVISION
DOYLE, C. J.,
PHIPPS, P. J., and BOGGS, J.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules**

**August 10, 2016**

# In the Court of Appeals of Georgia

A15A0279. THE STATE v. ZILKE.

BOGGS, Judge.

In *Zilke v. State*, Ga. (Case No. S15G1820, decided June 20, 2016), the Supreme Court reversed our opinion in *State v. Zilke*, 333 Ga. App. 344 (773 SE2d 489) (2015) (physical precedent only). We therefore vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed. Doyle, C. J. and Phipps, P. J., concur.*